# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-0974

—————————————————

MONTAVIOUS PERKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

August 31, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Montavious Perkins, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.